**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERICK DANILO SOSA-SALGERO, AKA Daniel Sosa, | No. 11-70807 |
| Petitioner, | Agency No. A088-724-039 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012 [**]

Before: CANBY, GRABER and M. SMITH, Circuit Judges.

Erick Danilo Sosa-Salgero, a native and citizen of Guatemala, petitions for

review of a Board of Immigration Appeals order dismissing his appeal from an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Sosa-Salgero failed to show exceptional and extremely unusual hardship to his United States citizen child. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir. 2009).

Sosa-Salgero's contention, that the Board failed to properly consider and weigh all evidence of hardship, does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED**.